respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1538. WILLIAMS *v.* STONE. Sup. Ct. Ala. Motion of American Council on Education for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–1659. SCHNEIDER ET AL. *v.* APPLE COMPUTER, INC., ET AL. C. A. 9th Cir. Motion of National Association of Securities and Commercial Law Attorneys for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–1677. KEATING ET AL. *v.* CINEMA 7, INC., ET AL. Sup. Ct. Cal. Motion of petitioners for leave to intervene in order to file a petition for writ of certiorari denied. Certiorari denied.

No. 89–1718. BANQUE DE PARIS ET DES PAYS-BAS *v.* EXXON CO., U. S. A., A DIVISION OF EXXON CORP. C. A. 5th Cir. Motion of American Bankers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 89–7314. WHISENHANT *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 89–6858. COLLIER *v.* UNITED STATES POSTAL SERVICE ET AL., 495 U. S. 935;
No. 89–6880. CONLEY *v.* WASHINGTON, 495 U. S. 920;
No. 89–6904. CONLEY *v.* WASHINGTON, 495 U. S. 921;
No. 89–7012. SHERRILLS *v.* WILSON ET AL., 495 U. S. 937; and
No. 89–7133. HOLLAND *v.* UNITED STATES, 495 U. S. 939. Petitions for rehearing denied.